IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

| | | |
|---|---|---|
| In re: | ) | |
| SCRUBS CAR WASH, INC. | ) | Case No. 12-31204 ABC |
| EIN: 84-1455615 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER
### DENYING CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN

1. The Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1334(a) and (b) and 28 U.S.C. §§ 157(a) and (b)(1). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L), as it concerns Debtor's application to confirm its Third Amended Plan of Reorganization Dated April 29, 2013, as filed October 18, 2013 (Docket #145) and as amended January 20, 2014 (Docket #179) (the "Plan"), and the objection to confirmation of the Plan filed by First Citizens Bank & Trust Company on January 3, 2014 (Docket #170). I will refer to the objector, First Citizens as "the Bank" and the Debtor as "the Debtor."

2. The Plan creates six classes of creditors with a seventh class being the holder of 100% of Debtor's stock, its president and CEO, Mike Snow. The Bank, who is the Debtor's principal secured creditor, is Class 3 in the Plan and is the only impaired class that has voted against the Plan. The Bank's claim constitutes more than 90% of the Debtor's total debt, and the Bank's is the only outstanding objection to confirmation of the Debtor's Plan.

3. The Bank's objection argues that the Debtor's Plan cannot be confirmed on three separate grounds: First, that the Plan fails to comply with the provisions of Chapter 11 as required by § 1129(a)(1) – – specifically the provisions of § 1129(a)(8)(A) and §§ 1129(b)(1) and 1129 (b)(2)(A)(i). Second, the Bank maintains that the Plan is unconfirmable because the Plan has not been proposed in good faith as required by § 1129(a)(3). Finally, the Bank maintains that the Plan is not feasible, and thus cannot be confirmed under § 1129(a)(11).

4. This matter was tried to the Court on January 21, 27, and 28, 2014. After taking evidence and hearing argument, the Court took the matter under advisement. We are reconvened this afternoon for the Court's findings of fact, conclusions of law, and ruling.

5. The Debtor's business is the operation of a mechanized car wash in Denver, Colorado, located one block west of Wadsworth on Quincy. It is situated amid other commercial retail establishments including a Costco store and restaurant. The facility features a stainless steel framed, tunnel-type, automated car wash and supporting services consisting of a detail shop and coffee shop. The Debtor's offices are also located on the premises.